# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 03, 2009

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 09-12650-FF**
Case Style: Chipping Wood Fund, LLC v. USA, Dpt. of Treasury
District Court Number: 08-00459 CV-TCB-1

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda McConnell (404) 335-6209

Encl.

DIS-4 (4-2009)



# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

09-12650-FF

CHIPPING WOOD FUND, LLC,
BRIARGATE TRADING, LLC,
KENNA TRADING, LLC,

                                                 Plaintiffs-Appellants,

versus

U.S. DEPARTMENT OF THE TREASURY,
Internal Revenue Service,

                                                 Defendant-Appellee.

---

On Appeal from the United States District Court for the
Northern District of Georgia

---

BEFORE:   EDMONDSON and BLACK, Circuit Judges.

BY THE COURT:

Appellants' unopposed motion to dismiss the appeal with prejudice, with the parties to bear their own costs and attorney's fees, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia